UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-00098-D-BM-2

| | |
|---|---|
| UNITED STATES ) | |
| ) | ORDER |
| VS. ) | |
| ) | |
| MAURICE LAMAR JOHNSON ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal, the Court finds that good cause exists to allow the motions, and therefore, the Defendant's motion is ALLOWED.

WHEREFORE, IT IS ORDERED that the motion filed today in this case is sealed.

SO ORDERED.

This __5__ day of November, 2025.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE